IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYO TIRE & RUBBER CO., LTD. and TOYO TIRE U.S.A. CORP.,<br><br>　　　Plaintiffs,<br>v.<br><br>ATTURO TIRE CORPORATION, and SVIZZ-ONE CORPORATION LTD.,<br><br>　　　Defendants. | Case No. 1:14-cv-00206<br><br>Judge John Z. Lee<br><br>Magistrate Judge Susan E. Cox |
| ATTURO TIRE CORPORATION,<br><br>　　　Counter-Plaintiff,<br>v.<br><br>TOYO TIRE & RUBBER CO., LTD. and TOYO TIRE U.S.A. CORP.,<br><br>　　　Counter-Defendants. | |

## NOTICE OF SUBSTITUTION

Pursuant to Local Rule 83.17, Plaintiffs Toyo Tire & Rubber Co., Ltd. and Toyo Tire U.S.A. Corp. hereby substitute as local counsel of record Gary E. Hood of Polsinelli PC for John Leja also of Polsinelli PC.  Local Rule 83.17 allows substitution for the attorney of record without leave of court where both counsel are of the same firm, as is the case here.  The undersigned is a duly licensed attorney in Illinois and is a member of the trial bar of this Court.

Dated:  February 25, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary E. Hood

Gary E. Hood (IL 6281580)
Mark T. Deming (IL 6299631)
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
T: (312) 819-1900
F: (312) 819-1910
*ghood@polsinelli.com*
*mdeming@polsinelli.com*

William J. Robinson (*pro hac vice*)
Jean-Paul Ciardullo (*pro hac vice*)
Justin M. Sobaje (*pro hac vice*)
**FOLEY & LARDNER** LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
*wrobinson@foley.com*
*jciardullo@foley.com*
*jsobaje@foley.com*
T: (213) 972-4500
F: (213) 486-0065

*Attorneys for Plaintiffs/Counter-Defendants Toyo Tire & Rubber Co., Ltd. and Toyo Tire U.S.A. Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 25, 2015, the foregoing was filed with the Court's CM/ECF system, notice of which was sent to all counsel of record by the Court's CM/ECF system.

                                                /s/Gary E. Hood