# United States Court of Appeals for the Federal Circuit

---

**TOYO TIRE CORP., TOYO TIRE U.S.A. CORP.,**
*Plaintiffs-Appellants*

v.

**ATTURO TIRE CORPORATION,**
*Defendant-Cross-Appellant*

**SVIZZ-ONE CORPORATION LTD.,**
*Defendant-Appellee*

---

2022-1817, 2022-1892

---

Appeals from the United States District Court for the Northern District of Illinois in No. 1:14-cv-00206, Judge Mary M. Rowland.

---

## MANDATE

---

In accordance with the judgment of this Court, entered October 4, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



December 2, 2024
Date

Jarrett B. Perlow
Clerk of Court